JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| EDWARD J. NOVELO,<br><br>  Petitioner,<br><br>  v.<br><br>JAMES A. YATES,<br><br>  Respondent. | No. CV 06-02544-CJC (VBK)<br><br>[PROPOSED] JUDGMENT |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge,

**IT IS ADJUDGED** that (1) relief as to Ground One is granted; (2) Grounds Two and Three are denied on the merits; and (3) a hearing that comports with the requirements of due process be conducted by the trial court on the alleged juror misconduct claim contained in Petitioner's Motion for New Trial within 120 days of the date of entry of judgment.

DATED: August 13, 2009

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE